# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1328

**Caption [use short title]**

**Motion for:** Appointment of Pro Bono Counsel

Varughese v. Mount Sinai Medical Center et al

Set forth below precise, complete statement of relief sought:

Appointment of Pro Bono counsel to represent my meritorious complex case that warrants further briefing and oral arguments, including those provided only to litigants represented by counsel such as the Second Circuit's mediation and settlement program (CAMP).

**MOVING PARTY:** Leena Varughese, M.D.
☑ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Mount Sinai Medical Center et al

**MOVING ATTORNEY:** pending

**OPPOSING ATTORNEY:** Rory McEvoy

[name of attorney, with firm, address, phone number and e-mail]

Blank Rome LLP
405 Lexington Avenue
New York, NY 10174-0208

**Court-Judge/Agency appealed from:** Southern District of New York - Judge McMahon

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☑ No
Has this relief been previously sought in this Court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☐ No  If yes, enter date:

**Signature of Moving Attorney:**
Leena Varughese   **Date:** May 8, 2015   **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

## **Memorandum In Support of Motion for Assignment of Pro Bono Counsel**

I, Leena Varughese, M.D., a woman of Indian descent, a woman of color, an immigrant, a degreed professional educated in United States, the Plaintiff appellant in Varughese v. Mount Sinai Medical Center et al, moves for assignment of Pro Bono Counsel representation for myself. As an educated and learned individual of professional background, albeit of degreed professional class/corporation as represented by my diligently earned medical degree, medical license, the extensive training in Pathology residency and my profession in medicine and Anatomic and Clinical Pathology, who with knowledge with regards to the application of the law in civil matters, as it pertains to my specific circumstances, it is my judgment that I require legal counsel to represent my fiduciary interests to obtain the beneficial programs available from the Court of Appeals of Second Circuit and to obtain the fullest protection of the law from the unlawful violation of my civil rights.

The matter of obtaining competent counsel in my appellate case (15-1328) is limited only with the issue of money. I have contacted attorneys who I believe to be relatively capable who have agreed to represent me contingent on either exorbitant hourly rates or to retainer deals that would cost me an up-front cost of anywhere from forty thousand dollars to twenty-four thousand dollars. My understanding of the representation required in Appellate cases is that it would include approximately two in-person appearances (the Second Circuit's mediation and settlement program (CAMP) and the oral argument for the appellate brief), a legal brief, and a legal appendix of the evidence and the law. My request for counsel is also influenced by the fact that I am not entitled to all the available remedial litigation process in the Second Circuit Court of Appeals without an attorney representation, i.e. CAMP, proper legal briefs, and submissions. I am appalled as a civil rights proponent and a staunch believer of equal rights for all citizens, irrespective of all protected characteristics, in all civil matters, and I find that the lack of redress in the form of CAMP to Pro Se appellants to be an injustice, in what is an extensive list of injustices experienced by many Plaintiffs who appropriately litigate employment related matters, including Civil Rights violations in the Federal Circuits.

Varughese v. Mount Sinai Medical Center et al represents a prima facie case of illegal discrimination that addresses complex issues of law and fact, and the application of evidence to Title VII of Civil Rights Act of 1964 and the surrounding tortious activity commonly engaged in by Defendant employers and proxies in cases as example such as in mine whereby employer engages in illegal retaliation, railroading and blackballing of a professional from one's career over impermissible factors and one's engagement in legal activity, that is later colored and conflated by apparent ridiculous farcical allegations also known as pretext to gloss over the illegal activities. As can be easily understood, the matter of accurate employment records, performances appraisals, and final summaries must be made in an equitable manner in professions such as medicine to ensure that all the practitioners are competent, not in the willy-nilly circumstantial manner of discrimination-based race, gender, skin color, and other illegal desires of stupid bigots such as those at Mount Sinai Medical Center and Mr. Rory McEvoy, their longtime greedy outhouse counsel who had cited his own payment scheme to my former attorney

following their first scheduling meeting in early 2013. This is the context in which civl law is practiced, not on the equitable and lawful adjudication of civil disputes, but on pandering to racists sexist bigots.

In my specific situation, I was discriminated against on the basis of the exact characteristics that protect me from illegal targeting, harassment, and then, the illegal disqualification from my work, profession, and career based on the false allegations, fabrications, and ongoing unfounded creative allegations, rather than based on my aptitude and capability. Despite the favorable subjective assessment of my performance and the inarguably objective meeting of the professional standards by myself with proper handling of at least 12,000 individual patient cases, meaning all of my patient care cases, my working successfully with an extensive range of professionals from all backgrounds for over three years in my profession at four different hospitals, and my extensive development of my skills as a pathologist, I am still apparently less equal, and that I should subjected to this illegal treatment is obviously not in the interest of the law nor equitable nor reasonable.

I believe that I should be appointed a Pro Bono legal counsel to represent me as my medical degree and license gives me consideration as a professional corporation, I have no money to obtain legal counsel, I have not been able to obtain any employment in my chosen profession as is my desire, and I have a meritorious case on first impression that warrant further briefing and oral argument to protect my civil rights and liberties, and other minority professionals. I thank the court for it's consideration of request.

References:

1. Myrick, Amy, Robert L. Nelson, and Laura Beth Nielson. "Race and representation: racial disparities in legal representation for employment civil rights plaintiffs." *NYUJ Legis. & Pub. Pol'y* 15 (2012): 705.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Varughese  v.

Mount Sinai Medical Center

et al

**CERTIFICATE OF SERVICE**
Docket Number: **15-1328**

I, **Leena Varughese, M.D.**, hereby certify under penalty of perjury that on
(name)
**May 8, 2015**, I served a copy of **Motion for appointment of Pro**
(date)
**Bono counsel & memorandum in support of motion for appointment of Pro Bono counse**

(list all documents)

by (select all applicable)*

- [ ] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [x] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Rory McEvoy | 405 Lexington Avenue | NY | NY | 10174 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

**May 8, 2015**
Today's Date

*Signature* (Leena Varughese)

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form