

Phone:  (212) 885-5140
Fax:    (917) 332-3760
Email:  RMcEvoy@BlankRome.com

September 16, 2015

**BY ELECTRONIC FILING**

United States Court of Appeals
For The Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re: Varughese v. Mount Sinai Medical Center, et al.
       District Court Docket No.: 12-cv-8812
       Court of Appeals Docket No.: 15-1328

Dear Sir or Madam:

  On behalf of our clients, The Mount Sinai Hospital and the individually named appellees (collectively, "Mount Sinai"), I write in response to the motion to proceed *in forma pauperis* filed by Appellant Leena Varughese, M.D. on September 6, 2015. (Docket Entry No. 31.) Mount Sinai takes no position on Appellant's application for a waiver of the fees associated with filing her appeal. However, to the extent that the pending application involves a consideration of the underlying merits of her claims, Mount Sinai takes the position that there is no factual or legal basis for the appeal for the reasons set forth in District Court Judge Colleen McMahon's well-reasoned, 129 page decision granting Mount Sinai's motion for summary judgment. (Docket Entry No. 2.) Mount Sinai can submit formal briefing regarding the legal merits should the Court deem it necessary at this stage in the appellate process.

                Respectfully submitted,

                Rory J. McEvoy

cc: Ms. Leena Varughese (via ECF)
   *Pro Se Appellant*

   Mr. Kevin Ramos (via ECF)
   *Deputy Clerk, Case Manager*

The Chrysler Building 405 Lexington Avenue New York, NY 10174-0208
www.BlankRome.com

Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington