UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1328

**Caption [use short title]**

**Motion for:** assignment of competent legal counsel

Varughese v. Mt. Sinai Medical Center et al, 15-1328

**Set forth below precise, complete statement of relief sought:**

The assignment of pro bono legal counsel who isn't compromised and participating in the rampant corrupt legal malpractice against minority women plaintiffs.

**MOVING PARTY:** Leena Varughese, MD (Pro Se)    **OPPOSING PARTY:** Mt. Sinai Medical Center et al

[✓] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY:** Rory McEvoy

[name of attorney, with firm, address, phone number and e-mail]

Blank Rome LLP
666 Fifth Ave, 20th Floor
New York, NY 10103

**Court-Judge/Agency appealed from:** Southern District of New York, Judge McMahon

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?  [ ] Yes  [✓] No
Has this relief been previously sought in this Court?  [✓] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?    [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   [✓] Yes  [ ] No  If yes, enter date: 06/29/2017

**Signature of Moving Attorney:**
_Leena V___  **Date:** 06/04/2017    **Service by:** [✓] CM/ECF   [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)

June 5, 2017

Please refer to initial motion for in forma pauperis 2015. I certify under penalty of perjury that circumstances relating to employment income, employment, and other key aspects of my professional life remain unchanged, which is most certainly the result of rampant corruption and retaliation against me.

*Leena Varughese* 6/5/2017
Leena Varughese, MD

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Varughese, L

**CERTIFICATE OF SERVICE***

Docket Number: 15-1328

v.

Mt. Sinai Medical Center et al

I, Leena Varughese, MD , hereby certify under penalty of perjury that
(print name)
on June 4, 2017 , I served a copy of Motion for Pro Bono Legal Counsel
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery      ___ United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      _X_ E-Mail (on consent)

on the following parties:

| Rory Mcevoy | 666 Fifth Ave, 20th Floor | NY | NY | 10103 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

06/04/2017

Today's Date                                          Signature

Certificate of Service Form (Last Revised 12/2015)