UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of June, two thousand and seventeen,

M.D. Leena Varughese,

    Plaintiff - Appellant,

v.

Mount Sinai Medical Center, M.D. Patrick Lento, M.D. Carlos Cordon-Cardo, M.D. Adolfo Firpo, M.D. Ira J. Bleiweiss, John Does, 1-10,

    Defendants - Appellees,

ABC Corporation, Inc., 1-10,

    Defendant.

**ORDER**
Docket No. 15-1328

IT IS HEREBY ORDERED that Appellant's motion for assignment of pro bono counsel and letter requesting additional argument time are DENIED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court